NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LAUREN ELIZABETH CLARKE; ANDREW )
FINE, M.D.; and NEUROSURGERY AND   )
SPINE SPECIALISTS, LLC,            )
                                   )
           Petitioners,            )
                                   )
v.                                 )          Case No. 2D18-4080
                                   )
CYNTHIA S. DALY,                   )
                                   )
           Respondent.             )
_____)

Opinion filed June 5, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Sarasota County; Frederick P.
Mercurio, Judge.

Damian B. Mallard of Mallard Law Firm,
P.A., Sarasota; Brett M. Hensen of
Shumaker, Loop & Kendrick, LLP,
Sarasota; and Tracy S. Carlin and Celene
H. Humphries of Brannock & Humphries,
Tampa, for Petitioners.

Ezequiel Lugo of Banker Lopez Gassler,
P.A., Tampa, for Respondent.

PER CURIAM.


                Denied.


VILLANTI, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.